IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| SYLVESTER ELLIOTT, JR., # 322733, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CASE No. 2:21-CV-136-RAH-CSC |
| EARNEST EVANS, et al., | ) ) ) | |
| Defendants. | ) | |

## **ORDER**

On March 8, 2021, the Magistrate Judge recommended the claims against Defendants Glenn Halbrooks and Andrew James of the Alabama News Network be dismissed with prejudice pursuant to 28 U.S.C. § 1915A(b)(1) and the remaining claims against Wilcox County Sheriff Earnest Evans be transferred to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1404(a). (Doc. 4.) On March 22, 2021, the Petitioner filed Objections (Doc. 5) to the Magistrate Judge's Recommendation.

After an independent review of the file and upon consideration of the Magistrate Judge's Recommendation and the Objections thereto, it is

ORDERED as follows:

(1) The Objections (Doc. 5) are OVERRULED;

(2) The Recommendation of the Magistrate Judge (Doc. 7) is ADOPTED;

(3) Plaintiff's claims for relief against Defendants Halbrooks and James be DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915A(b)(1);

(4) Defendants Halbrooks and James be TERMINATED as parties to the Complaint;

(5) The Plaintiff's remaining claims against Defendant Evans be TRANSFERRED to the United States District Court for the Southern District of Alabama under 28 U.S.C. § 1404(a).

DONE, this the 25th day of March, 2021.

                                 /s/ R. Austin Huffaker, Jr.
                                 R. AUSTIN HUFFAKER, JR.
                                 UNITED STATES DISTRICT JUDGE